

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00304-CV

| | | |
|---|---|---|
| Barry Nussbaum | § | From the 236th District Court |
| | § | of Tarrant County (236-265485-13) |
| v. | § | July 2, 2015 |
| Builders Bank, an Illinois Banking Corporation | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Barry Nussbaum shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
        Justice Sue Walker